Michael S. Agruss
SBN: 259567
AGRUSS LAW FIRM, LLC
4809 N. Ravenswood Ave., Suite 419
Chicago, IL 60640
Tel: 312-224-4695
Fax: 312-253-4451
michael@agrusslawfirm.com
Attorney for Plaintiff,
ERIC AREVALO

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| ERIC AREVALO, )<br>)<br>    Plaintiff, )<br>  v. )<br>)<br>)<br>HOVG, LLC, doing business as, BAY AREA )<br>CREDIT SERVICE, LLC, EXPERIAN )<br>INFORMATION SOLUTIONS, INC., and )<br>TRANSUNION, LLC, )<br>)<br>    Defendants. ) | **Case No.: 3:17-CV-01940** |

**<u>NOTICE OF VOLUNTARY DISMISSAL BETWEEN PLAINTIFF AND DEFENDANT,</u>**

**<u>HOVG, LLC, D/B/A BAY AREA CREDIT SERVICE, LLC</u>**

Plaintiff, ERIC AREVALO, ("Plaintiff"), through his attorney, Agruss Law Firm, LLC, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), voluntarily dismisses this case, with prejudice, against Defendant, HOVG, LLC d/b/a BAY AREA CREDIT SERVICE, LLC.

**[INTENTIONALLY LEFT BLANK]**

1

1
2  DATED: June 21, 2017
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

RESPECTFULLY SUBMITTED,

AGRUSS LAW FIRM, LLC


By: /s/  Michael S. Agruss
      Michael S. Agruss
      Attorney for Plaintiff
      ERIC AREVALO

**CERTIFICATE OF SERVICE**

On June 21, 2017, I electronically filed the Notice of Voluntary Dismissal with the Clerk of the U.S. District Court, using the CM/ECF system.  I e-mailed a copy of the filed Notice of Voluntary Dismissal to Defense Counsel, Tracey Daniels, at tracey.daniels@bayareacredit.com.

By:  /s/  Michael S. Agruss
　　　　Michael S. Agruss